914 A.2d 805

JANICE K.

v.

PROVIDENT LIFE AND ACCIDENT INS. CO.

No. 79, Sept. Term, 2006.

Court of Appeals of Maryland.

Jan. 11, 2007.

Reconsideration Denied in Part and Granted in Part Feb. 2, 2007.

John A. McCauley (Michael J. DeVinne, Venable LLP,
Baltimore, on brief), for appellant.

Bryan D. Bolton (Desiree S. Williams, Funk & Bolton, P.A.,
Baltimore, on brief), for appellee.

Argued by BELL, C.J., RAKER, WILNER, CATHELL,
HARRELL, BATTAGLIA and GREENE, JJ.

**PER CURIAM ORDER.**

The Court having considered the Provident Life and Acci-
dent Insurance Company's Motion to Dismiss Appeal in the
above-captioned case, it is this 11th day of January, 2007,

ORDERED, by the Court of Appeals of Maryland, that the
motion be, and it is hereby granted, and the appeal is dis-
missed as moot. Costs to be paid by the appellee, Provident
Life and Accident Fire Ins. Co.